**Order filed April 25, 2022**



In The

# Fourteenth Court of Appeals

———————

NO. 14-21-00553-CV

———————

**MICHAEL MARONEY AND ANN MARONEY, Appellant**

**V.**

**MARICA KOCH, Appellee**

**On Appeal from the 149th District Court
Brazoria County, Texas
Trial Court Cause No. 92530-CV**

# O R D E R

The clerk's record was filed October 14, 2021. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain (1) The defendant's strike list and (2) The venire panel information forms.

The Brazoria County District Clerk is directed to file a supplemental clerk's record on or before **May 5, 2022**, containing (1) The defendant's strike list and (2) The venire panel information forms.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM

Panel Consists of Justices Wise, Poissant, Wilson.